M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 FEB -7  A 9: 18

Robert Louis Davis
Full name and prison name of
Plaintiff(s)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

CIVIL ACTION NO. 3:08CV83-F
(To be supplied by Clerk of U.S. District
Court)

Carey Tolbert Jr
Ray Robinson
Dr. McFarland ~~Steward~~ Steward
Gwen Crawl
Rodney Tabb
Corey Welch

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Lee County Dentention Center P.O. Box 2407 Opelika, Alabama 36801

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Same Lee County Detention Center P.O. Box 2407 Opelika, Alabama 36801

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Major Carey Tolbert Sr. Home Address I Don't Know Work - P.O. Box 2407 Opelika, Al 36801
2. Rodney Tabb 2407 P.O. Box Opelika, Al 36801
3. LT. Ray Robinson 2407 P.O. Box Opelika, Al 36801
4. Gwen Crawl P.O. Box 2407 Opelika, Al 36801
5. Nurse Steward + Dr. McFarrkin P.O. Box 2407 Opelika, Al 36801
6. Corey Welch P.O. Box 2407 Opelika, Al 36801

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED As of Now 1/05/08 thru ~~_____~~ 1/28/08

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Nurse Steward in which and how she handle me about getting the

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

medicine when i couldn't control the blood I was coughing up. Sometimes on thier good days they would give it to me on her bad days she wouldn't let me recieve my medicine at all. On one occassion they sent me back to my cell.

GROUND TWO: The payment plan. Nurse Stward and Sergeant TABB.

SUPPORTING FACTS: They forge my signature for payment when they took upon them selve to claim I am not an indigent inmate I have a copy of my receipt. I have the medicine bags and dates. Also my medication be a day late by the date on the package.

(Office Cross & Lt. Robinson) GROUND THREE: The Food the kitchen is serving is not 8 oz. Mrs crawl has been known to take the supplies home

SUPPORTING FACTS: At Diner time on 1/17/08 we was given A peanutbutter sandwich, some chilli, a pear and some water. No hair net or Face mask. Food contaminated with hair and others objets.

(Major Tolbert, Corey welch) Ground Four: The way the Detention is run and supplied.

supporting Fact: same blankets, no supplies like toothbrushes, or Face Rage to be handed out to incoming Inmates. Rats and other critter like spider or in the food.

Stating Fact with Ground Three: The servers Doesn't wear a mask or hair net upon serving trays. NO request form are answered at all sickness or other wise.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like you to intervene and take a very closer look at just how the Lee County Detention Center is being run and to establish the equlty for every human being who enter the Dentention Center. It's Inhumane to live in this place.

*Robert Dawes*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02 / 05 / 08
(Date)

*Robert Dawes*
Signature of plaintiff(s)

Robert Davis
116 Chester Ave
Opelika, Al 36801



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101-0711

# The Detention Center Menu

| Date | Breakfast | Lunch | Diner |
|---|---|---|---|
| 2/2/08 | Grits, Toast, water, Teaspoon of eggs ¼ red hott cold | Black eyes peas rice, 2 peices of white Bread, mustard | pork B... Vanilla puddin, Ba Hamsandwi... vanilla puddin, Hamsandwich, mashed p... |
| 2/3/08 | Teaspoon of eggs Grits, Toast, water jelly, pattie sausage | mash potatoes, Green beans, breaded puttie, white bread | Same meal → |
| 2/4/08 | Teaspoon eggs water grits, Toast, jelly | (no lunch suck at all) Auburn Road crew and worked | water Turnip Gree... Black eyes p... corn bread, ric... |
| 2/5/08 | grits, gravy, jelly Toast, water | maided today | |

TRAY SIZE: compartments and will not 8 oz of serving    Four which hold

Robert Paul

Supplies: And Housing: Affidavit    2/2/08

2/2/08 – on this morning around 6 or 6:30 AM Sergeant Lyles passed out razor. We have no use for razors because we don't have a mirror.

2/3/08 – There were all together no supplies handed it out at all no soap, no toilet paper, no toothbrush nothing at all. I'am writing a request to Any Sergeant that's on Monday morning 1st shift

Look at form #33 when they, meaning Sergeant TABB. Inmates be ~~slip~~ sleeping when he bring in store order or form #33. He lays them on the center talble in the cell block and leave the cell. who ever awake first can get any information about you they want. Look where they wrote my social security number. In the upper Right hand coner.

– I have an Transaction sheet stating that I am being housed in F-2. I have never been in F-2 since 1999. They have no idea where inmates are. They do not sign nothing they give an inmate.

Robert Davis

~~Supplies~~

Page 1 of 1

notes
cont Dict.    AFFIDAVIT

On 2/5/08 morning we were out in the check out Desk when we noticed there were no sack lunch. Our Boss Teresa of the Auburn Road Crew announce to officer Beving that all the bags were gone. He called up front to Officer Juke and Officer Juke stated and I quote "There's some bread in the Refrigerator and just to make them some sandwichs. Also light and power were present also with inmate Alfonzo Ligon Jr. He went outside without the necesity of lunch which should be provided by this institution. Our Boss Teresa tried to call up front and reach the kitchen with went unsuccerfal. With no reply from up front. He and the light and power said, that they were all ready running late because they all ready had been waiting 45 minutes. So every body went to work as usually. We come back and tell office Arron he pusss the message on. We seen Officer Hill said he well see about it. Now officer Wilson told Sergeant Chambers about our situation but nothing came about it. We are not getting paid to pick up paper Not ever time off your sentences.

P.S: lunch is a peanut   witness ① Robert Davis Robert Davis
and Bologna sandwich some              ②
times a bag of chips. All we wanted  ③
was 2 Dinner tray's apeece.             ④



# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
### (FORM #33)

400
6153
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

INMATE NAME  Davis, Robert

DATE OF BIRTH _____     RACE/SEX _____

SOCIAL SECURITY# _____     CELL  405

## ***SERVICES & FEES***

☐ SICK CALL                    $10.00
☐ DOCTOR VISIT    Quarters     $10.00
☐ DENTIST VISIT                $10.00
☑ PRESCRIPTION   Depta         $3.00
☐ FOLLOW-UP VISIT              N/A

TOTAL OF MEDICAL SERVICES      $6
RENDERED

---

## MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date _____ 1/15/08

Inmate Signature & Date _____

Inmate Account Payable Clerk Signature & Date

_____

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

INMATE COPY                                    FORM: LCS-DC33 (9/02)