AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __ALABAMA__

RECEIVED
2008 FEB -7 A 9:18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 3:08CV83-F

I, __Robert Davis__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Lee County Detention Center__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   *Last Date 12/20/07 Employment*

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Any where from 1 to 4 days a week 37.00 to 261.00 a week. Mr. & Mrs Whashington 1006 Collinwood North, Opelika Alabama 36801

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. Fired

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   Mrs. Florida Bell Davis at least what I can. She's my "Mother." I varies cause I used to work outside.

I declare under penalty of perjury that the above information is true and correct.

_02/05/08_   _Robert Davis_
Date                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Affidavit stating all my asse...

1/28/08

My name is Robert Davis, I am presently housed in the Lee County Detention. I am Broke I do not own a vehicle nor a bicycle to be honest and thruthfully I have myself nothing to consider to be collateral. Even when I do work it like pay check to paycheck. No saving or checking account. Nothing I stay with my mother and she 85 years old and her check do not I state do not cover her rent, medicine heat, or gas or telephone bills. So I'm there for here.

written and sign
1/28/08
Robert Davis

```
                              LEE COUNTY JAIL
           ==================================================
                           Resident Account Summary
                    Tuesday, February 05, 2008  @03:28
===============================================================================
For CIN: 6153     DAVIS, ROBERT Lewis
-------------------------------------------------------------------------------
  Date       Transaction Description         Amount     Balance    Owed    Held    Reference
-------------------------------------------------------------------------------
01/25/2008 MEDICAL     1 MEDICATION             3.00     0.00     9.00    0.00
01/17/2008 MEDICAL     2 MEDICATIONS            6.00     0.00     6.00    0.00
01/17/2008 DEPCA       INITIAL DEPOSIT - REINSTA 0.00    0.00     0.00    0.00
06/10/1999 MEDICAL     owes 12.01               0.00     0.00     0.00    0.00
06/06/1999 DEPMO       owes 11.51               0.00     0.00     0.00    0.00
05/28/1999 MEDICAL     owes 21.51               0.00     0.00     0.00    0.00
05/15/1999 MEDICAL     owes 14.51              -0.49     0.00     0.00    0.00
05/10/1999 EPR         Commissary              -5.55     0.49     0.00    0.00
05/04/1999 EPR         Commissary             -14.05     6.04     0.00    0.00
05/04/1999 DEPMO       7270660567              20.00    20.09     0.00    0.00
04/27/1999 EPR         Commissary             -15.10     0.09     0.00    0.00
04/24/1999 DEPMO       02661049430             15.00    15.19     0.00    0.00
04/19/1999 EPR         Commissary             -16.88     0.19     0.00    0.00
04/18/1999 DEPMO       7268089746              15.00    17.07     0.00    0.00
04/12/1999 EPR         Commissary             -18.04     2.07     0.00    0.00
04/12/1999 DEPMO       7268137253              20.00    20.11     0.00    0.00
04/05/1999 EPR         Commissary              -5.10     0.11     0.00    0.00
04/05/1999 DEPMO       34034954                 5.00     5.21     0.00    0.00
03/22/1999 EPR         Commissary              -8.10     0.21     0.00    0.00
03/21/1999 DEPMO       109082378                8.31     8.31     0.00    0.00
03/14/1999 DEPMO       owes 1.69                0.00     0.00     0.00    0.00
03/10/1999 MEDICAL     owes 11.69              -1.31     0.00     0.00    0.00
03/10/1999 EPR         Commissary              -9.31     1.31     0.00    0.00
03/09/1999 DEPMO       7266645373              10.00    10.62     0.00    0.00
01/26/1999 EPR         Commissary             -14.38     0.62     0.00    0.00
01/25/1999 DEPMO       Initial Deposit         15.00    15.00     0.00    0.00
```

*[signature: Bobby D Jabb 4305]*

```
                         LEE COUNTY JAIL
    ======================================================
                    Resident Transaction Receipt
                  Friday, January 25, 2008  @12:29

    ======================================================================

Officer ID: 43D5
Transaction #: 100208030
CIN:                InmateName:
  6153                 DAVIS, ROBERT Lewis

Description: 1 MEDICATION

Block:           Tier:           Cell:
  F                                6

Trans Type:     Date:          Amount:                    Current Funds:
  MEDICAL        Jan 25, 2008   $      3.00                $     0.00

Resident Sig  _____      Date _____

Authorized Sig _____     Date _____
```

---