## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corey Welch
   Lee County Detention Center
   P.O. Box 2407
   Opelika, AL 36801

   08cv83

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Iris Bridges*
☐ Agent
☐ Addressee

B. Received by (Printed Name): Iris Bridges
C. Date of Delivery: FEB 12 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 2243

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. McFarrland
   Lee County Detention Center
   P.O. Box 2407
   Opelika, AL 36801

   08cv83

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Iris Bridges*
☐ Agent
☐ Addressee

B. Received by (Printed Name): Iris Bridges
C. Date of Delivery: FEB 12 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 2250

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse Steward
   Lee County Detention Center
   P.O. Box 2407
   Opelika, AL 36801

   08cv83

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Iris Bridges*
☐ Agent
☐ Addressee

B. Received by (Printed Name): Iris Bridges
C. Date of Delivery: FEB 12 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 2267

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Iris Bridges_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Iris Bridges |
| 1. Article Addressed to:<br><br>Rodney D. Tabb<br>Lee County Detention Center<br>P.O. Box 2407<br>Opelika, AL 36801<br><br>08cv83 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No<br><br>[FEB 1 2 2008 postmark]<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0005 4873 2298 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Iris Bridges_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Iris Bridges |
| 1. Article Addressed to:<br><br>Major Carey Tolbert, Jr.<br>Lee County Detention Center<br>P.O. Box 2407<br>Opelika, AL 36801<br><br>08cv83 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>[FEB 1 2 2008 postmark]<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0005 4873 2304 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Ray Robinson
   Lee County Detention Center
   P.O. Box 2407
   Opelika, AL 36801

   08cv83

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Iris Bridges_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Iris S Bridges

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   FEB 12 2008

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0005 4873 2281

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gwen Crawl
   Lee County Detention Center
   P.O. Box 2407
   Opelika, AL 36801

   08cv83

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Iris Bridges_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Iris S Bridges

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0005 4873 2274

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540