**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **ROBERT LOUIS DAVIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:08-cv-00083-MEF-CSC |
| | ) |
| **CARY TORBERT, JR., et al.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW Lee County, Alabama Sheriff's Department Major Cary Torbert, Sergeant Rodney D. Tabb, Lieutenant Ray Roberson, Corrections Officer Gwen Crawl, Captain Corey Welch, and Nurse Linda Stewart, Defendants in the above-styled cause, and move this honorable Court for an extension of time in which to file their Special Report. As reasons for so moving, these Defendants state that the gathering of information with which to respond to the Plaintiff's allegations has taken longer than expected, and additional time is needed in order that a full and complete response may be made.

WHEREFORE, Defendants request an extension of time of fourteen (14) days from the current deadline of March 19, 2008 in which to file their Special Report.

Respectfully submitted this 17th day of March, 2008.

                                                    **s/Daryl L. Masters**
                                                    DARYL L. MASTERS, Bar No. MAS018
                                                    Attorney for Defendants Cary Torbert, Rodney D.
                                                    Tabb, Ray Roberson, Gwen Crawl, Corey Welch,
                                                    and Nurse Linda Stewart
                                                    WEBB & ELEY, P.C.
                                                    Post Office Box 240909
                                                    7475 Halcyon Pointe Dr. (36117)
                                                    Montgomery, Alabama 36124
                                                    Telephone: (334) 262-1850
                                                    Fax: (334) 262-1889
                                                    E-mail: dmasters@webbeley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 17th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Robert Louis Davis
Lee County Justice Center
Post Office Box 2407
Opelika, Alabama  36801

                                        **s/Daryl L. Masters**
                                        OF COUNSEL