IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT LOUIS DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:08-CV-83-MEF |
| | ) |
| CAREY TOLBERT, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the county defendants on March 17, 2008 (Court Doc. No. 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the aforementioned defendants be GRANTED an extension from March 19, 2008 to and including April 2, 2008 to file their special report and answer.

Done this 18th day of March, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE