COPY

In THE DRISTICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

ROBERT LOUIS DAVIS
 Plaintiff,
              )
      V                  )   CIVIL ACTION NO.
CAREY TOLBERT JR. et al.,)   3.08-CV-83-MEF
 Defendant,              )

2008 MAR 17 A 8:30
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Amendment To ORIGinal Complaint:

I Robert Davis, would like to add additional information. I, am still housed in F-4 of the Lee County Detention Center locate At P.O. Box 2407 Opelika, Alabama. 36801 § 14-3-52 Cruel and unusual punishment.

① The Notary services I have been denied every request slip I've written. All the way to the sheriff Jay Jones. Not one reply

② The searching of our living quarters while out on details. (A) There's an locked exit door with handcuff

③ The over crowding of the cell block in which you have mens sleeping on the floor.

(4) I have nothing Notorize because the lack of services I hand written all 3 copies.

Sworn and Truthfull
I Robert Lewis Davis
03/13/08

copy

"AFFIDAVIT"                             3/12/08

14-3-52    Cruel And unusual Punishment:

Tonite as the guys return from work detail and washing up and what have you. Now comes 1 not 2 but 3 more inmates to take occupant of housing of F-4. You have 1/2 empty cell on this cell block. You have one sleeping in the day room by the name of Ray Lockhart and you have one sleeping on the right hand side in the middle of the floor as a repeater of F-4 by the name of Alfonzeur Ligon Jr. Now that make the cell count a total of 14 over grown size men pushing for space and air. Also the toilet in the day room is of no use at all. But some still try using the toilet say the least. It has no build up pressure over night to get enough pressure for a strong rush of water to even begin to take what ever was put in it the night before. The smell is some what awful to even consider a name you could even compare stinch to. Like a sess pool smell. The body odor is the worst or at least a tie with the sess pool. As of tonite count it is in of use living shoulder to shoulder and breath to breath.

Robert Davis

```
                              LEE COUNTY JAIL
             ==============================================
                            Resident Account Summary
                        Thursday, February 28, 2008  @12:39
             ======================================================================
For CIN: 6153    DAVIS, ROBERT Lewis
------------------------------------------------------------------------------------
  Date      Transaction Description              Amount     Balance     Owed      Held    Reference
------------------------------------------------------------------------------------
02/28/2008  MEDICAL     2 MEDICATIONS              6.00        0.00    18.00      0.00
02/08/2008  MEDICAL     1 MEDICATION               3.00        0.00    12.00      0.00
01/25/2008  MEDICAL     1 MEDICATION               3.00        0.00     9.00      0.00
01/17/2008  MEDICAL     2 MEDICATIONS              6.00        0.00     6.00      0.00
01/17/2008  DEPCA       INITIAL DEPOSIT - REINSTA  0.00        0.00     0.00      0.00
06/10/1999  MEDICAL     owes 12.01                 0.00        0.00     0.00      0.00
06/06/1999  DEPMO       owes 11.51                 0.00        0.00     0.00      0.00
05/28/1999  MEDICAL     owes 21.51                 0.00        0.00     0.00      0.00
05/15/1999  MEDICAL     owes 14.51                -0.49        0.00     0.00      0.00
05/10/1999  EPR         Commissary                -5.55        0.49     0.00      0.00
05/04/1999  EPR         Commissary               -14.05        6.04     0.00      0.00
05/04/1999  DEPMO       7270660567                20.00       20.09     0.00      0.00
04/27/1999  EPR         Commissary               -15.10        0.09     0.00      0.00
04/24/1999  DEPMO       02661049430               15.00       15.19     0.00      0.00
04/19/1999  EPR         Commissary               -16.88        0.19     0.00      0.00
04/18/1999  DEPMO       7268089746                15.00       17.07     0.00      0.00
04/12/1999  EPR         Commissary               -18.04        2.07     0.00      0.00
04/12/1999  DEPMO       7268137253                20.00       20.11     0.00      0.00
04/05/1999  EPR         Commissary                -5.10        0.11     0.00      0.00
04/05/1999  DEPMO       34034954                   5.00        5.21     0.00      0.00
03/22/1999  EPR         Commissary                -8.10        0.21     0.00      0.00
03/21/1999  DEPMO       109082378                  8.31        8.31     0.00      0.00
03/14/1999  DEPMO       owes 1.69                  0.00        0.00     0.00      0.00
03/10/1999  MEDICAL     owes 11.69                -1.31        0.00     0.00      0.00
03/10/1999  EPR         Commissary                -9.31        1.31     0.00      0.00
03/09/1999  DEPMO       7266645373                10.00       10.62     0.00      0.00
01/26/1999  EPR         Commissary               -14.38        0.62     0.00      0.00
01/25/1999  DEPMO       Initial Deposit           15.00       15.00     0.00      0.00
```

*[signature] 4305*
*3/5/08*

# Lee County Detention Center
## INMATE REQUEST SLIP

LOCATION: F-2

Name: Robert Davis    Date: 2/27/08

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [x] Personal Problem
- [x] Other

**Briefly Outline Your Request. Give To Jailer**

I need use of the notary public office if I may have. If not to be allowed to notarize then, that will be different and I will have to find other means of getting my papers notarized for the court and to send to Major Corey Welch Sr. or his counsel

Do Not Write Below This Line - For Reply Only

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# Lee County Detention Center
# INMATE REQUEST SLIP

*my copy sent copy to Sheriff Jay Jones*

LOCATION: E-2

Name: Robert Davis     Date: 2/28/08

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [x] Personal Problem
- [x] Other

Briefly Outline Your Request. Give To Jailer

To: Sheriff Jay Jones and Captain Welch I don't believe in coincident ① reason (A) The beds weren't made properly (B) on 2/27/08 again without our present. The officer were looking for razor which no one shaves in here reason being no mirrors. Now call me paranoid but I know it's a conspiracy to obstruct justice. Illegal search and seizure

Do Not Write Below This Line - For Reply Only

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Robert Davis
2311 Gateway Dr.
Opelika, AL 36801





Office of the Clerk
In The District Court of The United States
P.O. Box 711
Montgomery, Alabama 36101-0711