IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT LOUIS DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:08-CV-83-MEF |
| | ) |
| CAREY TOLBERT, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the amendment to the complaint filed by the plaintiff on March 17, 2008 (Court Doc. No. 14), and for good cause, it is

ORDERED that in filing their special report the defendants shall address the claims presented by the plaintiff in the complaint, as amended.

Done this 18th day of March, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE