IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT LOUIS DAVIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **Civil Action No.** |
| **v.** | ) |
| | )   **3:08-cv-00083-MEF-CSC** |
| **CARY TORBERT, JR., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Sgt. Rodney Tabb, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ■ This party is an individual, or

- ☐ This party is a governmental entity, or

- ☐ There are no entities to be reported, or

- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Respectfully submitted this 19th day of March, 2008.

        s/Daryl L. Masters
        DARYL L. MASTERS, Bar No. MAS018
        Attorney for Defendants Major Cary Torbert, Capt. Corey Welch, Lt. Ray Roberson, Sgt. Rodney Tabb, Corrections Officer Gwen Crawl and Nurse Linda Stewart
        WEBB & ELEY, P.C.
        Post Office Box 240909
        7475 Halcyon Pointe Dr. (36117)
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: rrobertson@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participants:

    Robert Louis Davis
    Lee County Justice Center
    P.O. Box 2407
    Opelika, Alabama 36801

        s/Daryl L. Masters
        OF COUNSEL