In The United State District Court
For The Middle District of Alabama
Northern Division

2008 MAR 24 A 9:30

DEBRA P. HACKETT
US DISTRICT COURT
MIDDLE DISTRICT ALA

ROBERT LOUIS DAVIS
    Plaintiff,

v.

Cory TORBERT, JR., et al.,
    Defendants.

Civil Action No. 3:08-cv-0083-MEF-CSC

## MOTION TO OBJECTION FOR DEFENDENTS EXTENSION OF TIME.

COME NOW ROBERT LOUIS DAVIS, In the above style cause, and objects the defendants request for an extension of time in which to file their special report, for the following Reason and good cause

(1) The Defendants have had more than enough sufficient time to file their special report.

(2) The delay tactic is a ploy to intimidate and cause for my suffering to continue by showing me the power they have over me while incarcerated being of an inmate status and him a civilian.



Page 2 of 2

US District Court
Alabama Middle District

s/ Daryl Masters
OF COUNSEL

Sworn to subscribe to me on this ~~day~~ 03 Day 19th of 2008

Corey D. Welch
NOTARY

COMMISSION EXPIRES 01/30/2011

ROBER LOUIS DAVIS
03/19/08

Robert Louis Davis
03/19/08

Unable to get notorized   ___

① Witness                                    Date

② Witness                                    Date

③ Witness                                    Date

Robert Davis
2311 Gateway Dr.
Opelika, Al 36801

[Postmark: Montgomery AL 361__ 20 MAR 2008 PM 2 L]
[Stamp: "LET US DARE TO R__ THINK, SPEAK AND __ John Adams. 1765" 41¢ USA]

Office of the Clerk
United State Distric Court
P.O. Box 711
Montgomery, Al. 36101-0711