IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT LOUIS DAVIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 3:08-CV-83-MEF |
| | ) |
| CAREY TOLBERT, JR., et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

On March 24, 2008, the plaintiff filed a motion to objection for defendants' extension of time (Court Doc. No. 22) in which he challenges the necessity of allowing the defendants an extension of time to file their written report. The court therefore construes this document as a motion to strike the request for extension of time filed by the defendants. Upon consideration of the motion to strike request for extension of time, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 26th day of March, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE