IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT LOUIS DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:08-CV-83-MEF |
| | ) | |
| CAREY TOLBERT, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before April 18, 2008 defendant McFarland shall (i) show cause why he has failed to file a written report in compliance with the orders issued in this case, and (ii) file the requisite written report. The Clerk is DIRECTED to provide a copy of this order to Dr. McFarland at the address provided by the plaintiff.

Done this 3rd day of April, 2008.

                                            /s/ Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE