IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ROBERT LOUIS DAVIS,
   PLAINTIFF

V.    CIVIL ACTION NO. 3:08-CV-83-MEF

CAREY TOLBERT, JR., ET AL.,

NOTICE OF CHANGE OF ADDRESS:
THE PLAINTIFF WILL BE RELEASED ON **APRIL** 4, 2008 END OF SENTENCE, AND RESPECTFULLY INFORMS THE COURTS OF THIS CHANGE OF ADDRESS. IN SO DOING, THE

NEW ADDRESS IN MAILING

ROBERT LOUIS DAVIS
116 CHESTER AVE.
OPELIKA, ALA 36801

DONE THIS 2nd DAY OF APRIL 2008

*Robert Louis Davis*

ROBERT LOUIS DAVIS

Robert Davis Davis
116 Chester Ave
Opelika, Ala 36801

Office of the Clerk
United State District Court
P.O. Box 711
Montgomery AL 36101-0711

Postmark: Montgomery AL 361, 03 APR 2008 PM 1 L