**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROBERT LOUIS DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:08-cv-00083-MEF-CSC** |
| | ) | |
| **CARY TORBERT, JR., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT'S RESPONSE TO THE ORDER TO SHOW CAUSE**
**AND SPECIAL REPORT AND ANSWER**

COMES NOW the Defendant in the above-styled cause, Dr. John McFarland, and submits this Response to the Order to Show Cause and Special Report and Answer in response to the Plaintiff's allegations.

1.    The failure to file a Special Report and Answer on behalf of Dr. John McFarland was entirely the fault of Defendants' Counsel, who mistakenly interpreted the applicable Coverage Document to exclude Dr. McFarland.  Counsel apologizes to this Honorable Court for this oversight and any inconvenience caused by it, and asks that Dr. McFarland not be penalized because of Counsel's mistake.

2.    Defendant Dr. John McFarland denies each and every allegation made by the Plaintiff against him, and denies that he has acted, or caused anyone to act in such a manner as to deprive the Plaintiff, Robert Louis Davis, of any right to which he is entitled.  (Exhibit A, Declaration of Dr. John McFarland.)  He asserts the defense of qualified immunity and, insofar as the Plaintiff's Complaint may be construed to make claims against him pursuant to Alabama law, he asserts the defense of sovereign immunity to such claims.

3.      Dr. McFarland hereby adopts in full and incorporates by reference the Special Report and Answer filed in response to Plaintiff's allegations by Defendants Major Cary Torbert, Captain Corey Welch, Lieutenant Ray Roberson, Sergeant Rodney Tabb, Correctional Officer Gwen Crawl, and Nurse Linda Stewart.

4.      Dr. McFarland respectfully requests that this Honorable Court treat the Special Report as a Motion for Summary Judgment, and grant unto him the same.

Respectfully submitted this the 9th day of April, 2008.

> **s/JAMIE K. HILL**
> DARYL L. MASTERS, Bar No. MAS018
> JAMIE K. HILL, Bar No. HIL060
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  jhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of April, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I have mailed a true and correct copy by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Robert Louis Davis
116 Chester Avenue
Opelika, AL  36801

> **s/JAMIE K. HILL**
> OF COUNSEL

# Exhibit A
# Declaration of Dr. John McFarland

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT LOUIS DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:08-cv-00083-MEF-CSC** |
| | ) | |
| **CARY TORBERT, JR., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF JOHN MCFARLAND
## PURSUANT 28 U.S.C. § 1746

**STATE OF ALABAMA**      )
                                         )
**COUNTY OF LEE**            )

1.      My name is John McFarland.  I am over the age of nineteen and competent to make this declaration.

2.      I am a licensed physician serving as an emergency room doctor with East Alabama Medical Center.  Also, since 1994, I have served as the treating physician for inmates at the Lee County Detention Facility.

3.      I examined Inmate Robert Davis after his admission to the Detention Center on January 9, 2008.  During this examination, Inmate Davis stated that he was being treated for high blood pressure by Dr. Robert Klinner, Jr., and that he had some sinus problems.  I decided to obtain records from Dr. Klinner regarding the Plaintiff's medication, and to check his blood pressure while waiting for those records to be delivered.

4.      Because inmate Robert Davis was taking medication at the time he was admitted to the Lee County Detention Center on January 9, 2008, arrangements were made to

verify that medication with his treating physician in order that it might be continued. To the best of my knowledge, Linda Stewart, a Licensed Practical Nurse who helped me examine inmate Robert Davis, faxed a Health Care Release signed by the Plaintiff to Dr. K.V. Klinner, Jr., the Plaintiff's treating physician. Dr. Klinner, in return, faxed medical records back to Nurse Stewart verifying the Plaintiff's medication.

5.    I examined Inmate Davis again on January 15, 2008. It was determined during this examination that Mr. Davis had an upper respiratory infection with probable sinusitis. A course of treatment was prescribed, including two prescription medications, Duratuss and Septra DS.

6.    On January 27, 2008, Inmate Davis once again reported to sick call and was examined by me. On that date it was noted that his upper respiratory infection was resolving. He was also observed to have Dermatitis and was given hydrocortisone cream.

7.    Medications were distributed to Inmate Robert Davis according to his treating physician's instructions. Mr. Davis first began receiving medication on January 11, 2008 and, during his incarceration received five different types of medication. Medication administration records were completed to verify the dispensation of his medication during January and February, 2008.

8.    At no time during his incarceration in the Lee County Detention Center was Inmate Robert Davis denied medication, or medical care of any kind. Instead, he was properly treated for all medical conditions which he presented. Medication was never withheld for any reason. All prescription medication was given to Inmate Davis according to his doctor's directions.

2

9.    I deny that I have acted, or caused anyone to act in such a manner as to deprive the Plaintiff, Robert Louis Davis, of any right to which he is entitled.

10.    I have reviewed the Special Report and Answer filed by Defendants Major Cary Torbert, Captain Corey Welch, Lieutenant Ray Roberson, Sergeant Rodney Tabb, Correctional Officer Gwen Crawl, and Nurse Linda Stewart. This Special Report is true and correct to the best of my knowledge.

11.    I declare under penalty of perjury that the foregoing is true and correct.

Executed this the ___ day of April, 2008.

_____

JOHN MCFARLAND

3